No. 88–790. TURNOCK, DIRECTOR OF THE ILLINOIS DEPARTMENT OF PUBLIC HEALTH, ET AL. v. RAGSDALE ET AL. Appeal

from C. A. 7th Cir. Further consideration of question of jurisdiction postponed to hearing of case on the merits.